JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile:  (702) 405-8454
Email: john@wrightlawgroupnv.com.
         chris@wrightlawgroupnv.com
Attorneys for Defendants
*Help for Homeowners, Inc. and*
*Joshua Lohrman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITIMORTGAGE, INC. | Case No. 2:17-cv-02738-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR ACCEPTANCE OF SERVICE AGAINST HELP FOR HOMEOWNER'S, INC., TO SET ASIDE DEFAULT AGAINST JOSHUA LOHRMAN, AND TIME FOR DEFENDANT'S TO RESPOND TO PLAINTIFF'S COMPLAINT.** |
| vs. | |
| HELP FOR HOMEOWNERS, INC., and JOSHUA LOHRMAN | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to LR 6-1, Plaintiffs CITIMORTGAGE and Defendants HELP FOR HOMEOWNERS, INC., and JOSHUA LOHRMAN, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that counsel for Defendant HELP FOR HOMEOWNERS, INC., agrees to accept service of process on behalf of Defendant HELP FOR HOMEOWNERS, INC. The parties agree that HELP FOR HOMEOWNERS, INC., shall be deemed to have been served on Wednesday, January 10, 2018.

IT IS FURTHER AGREED AND STIPULATED that the Default [ECF #12] entered against Defendant LOHRMAN shall be set aside, and Defendant LOHRMAN shall be permitted to respond to and defend against Plaintiff's complaint.

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

IT IS FURTHER AGREED AND STIPULATED that defense counsel shall have up to and including Friday January 26, 2018 to file its response to Plaintiff's complaint [ECF #1].

Defendant's counsel was just retained on this matter, and has asked for this time to evaluate and respond to Plaintiff's complaint. This request is made in good faith, and not for the purposes of delay.

DATED this 17th day of January, 2018.

THE WRIGHT LAW GROUP, P.C.


/s/ John Henry Wright
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
*Attorneys for Defendant*
*VEGAS PROPERTY SERVICES, LLC*


IT IS SO ORDERED.

DATED this 17th day of January, 2018.

ALDRIDGE PITE, LLP


/s/ Anthony R. Sassi
LAUREL I. HANDLEY, ESQ.
Nevada Bar No. 9576
ANTHONY R. SASSI
Nevada Bar No. 12486
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, CITIMORTGAGE*


**ORDER**


UNITED STATES MAGISTRATE JUDGE

DATED: 1-17-2018